UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
BEDIS ZORMATI,                                          :
                                                        :
               Plaintiff,                    :           **ECF CASE**
                                                        :
      v.                                                :
                                                        :           08 Civ. 2959 (JES)
MICHAEL MUKASEY, et al.,                                :
                                                        :
               Defendant.                    :           NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         March 28, 2008

                                               Respectfully submitted,

                                             MICHAEL J. GARCIA
                                             United States Attorney for the
                                             Southern District of New York

                              By:    /s/_____
                                             KIRTI VAIDYA REDDY
                                             Assistant United States Attorney
                                             86 Chambers Street, 3rd Floor
                                             New York, New York 10007
                                             Telephone: (212) 637-2751
                                             Facsimile: (212) 637-2786
                                             Email: kirti.reddy@usdoj.gov

To:    Walter Drobenko, Esq.
         25-84 Steinway Street
         Astoria, NY 11103