**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
NEW YORK, NEW YORK 10007

CHAMBERS OF
JOHN E. SPRIZZO
DISTRICT JUDGE

May 16, 2008

Drobenko & Pibboubney
Att: Waletr Drobenko
25-84 Steinway Street
Astoria, NY 11103

re: Zormati v Mukasey
08 Civ. 2959 (JES)

The above-captioned action has been assigned to this Court. A Pre-Trial Conference has been scheduled in Courtroom 21C, at 500 Pearl Street for

Tuesday, June 24, 2008 at 3:00 P.M.

My conference schedule is arranged on a calendar call system. All lawyers appearing for such conferences must appear by 3:00PM to have their appearances noted by the Deputy Clerk. The call of the calendar will begin at 3PM or as soon thereafter as all appearances have been noted by the Deputy Clerk. All matters involving discovery disputes and pre-motion conferences shall be heard on the second call of the calendar. Counsel should check the New York Law Journal the week of the scheduled conference to determine the order in which the cases will be called.

All calls pertaining to Pre-Trial Conferences or scheduling matters should be directed to my deputy clerk, Ms. Linda Kotowski, at 212-805-6143.

Counsel is directed to advise counsel for your adversary of the substance of this letter, in writing, and to forward a copy of said written communication to this Court.

All DELIVERIES are to be brought to the MAIL ROOM - Room 870 at 500 Pearl Street.

DO NOT COME TO CHAMBERS UNLESS SPECIFICALLY DIRECTED BY THE COURT.

Very truly yours,

John E. Sprizzo
United States District Judge