SPAIZZO

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BEDIS ZORMATI,

            Plaintiff,

   -against-

MICHAEL MUKASEY, U.S. Attorney General;
MICHAEL CHERTOFF, Secretary, U.S. Department
of Homeland Security; EDUARDO AGUIRRE, Director,
U.S. Citizenship & Immigration Services; ANDREA J.
QUARANTILLO, Field Office Director, New York,
U.S. Citizenship and Immigration Services;
RUTH DOROCHOFF, Office Director, Chicago, U.S.
Citizenship and Immigration Services,

            Defendants.

------------------------------------------------------------x

STIPULATION AND ORDER

08 Civ. 2959 (JES)

A# 78 297 325

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

      IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
       June 20, 2008

By: /s/ Walter Drobenko
WALTER DROBENKO
Attorney for Plaintiff
Drobenko & Associates, P.C.
25-84 Steinway Street
Astoria, NY 11103
Telephone No.: (718) 721-2000
Fax Number: (718) 721-8812

Dated: New York, New York
       May ___, 2008
       June 23

                                 MICHAEL J. GARCIA
                                 United States Attorney for the
                                 Southern District of New York
                                 Attorney for Defendants

                By: _____
                        KIRTI VAIDYA REDDY
                        Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, NY 10007
                        Telephone No.: (212) 637-2751
                        Fax Number: (212) 637-2786

SO ORDERED:

_____
USDJ
for John E. Sprizzo
USDJ